# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAFACE, LLC, | Case No.: 2:23-cv-01355-APG-BNW |
| Plaintiff | **Order Dismissing Case** |
| v. | [ECF No. 15] |
| PACIFIC INDEMNITY COMPANY, | |
| Defendant | |

On December 7, 2023, Magistrate Judge Weksler recommended that I dismiss this case without prejudice because plaintiff LaFace, LCC has failed to obtain counsel as ordered. ECF No. 15. LaFace did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Weksler's recommendation (ECF No. 15) is accepted, and plaintiff LaFace, LLC's complaint (ECF No. 1) is dismissed without prejudice. The clerk of court is instructed to close this case.

DATED this 5th day of January, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE